AO 240A  (Rev. 01/09; NJ 02/23, NJ 06/23, NJ 12/23)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

HICKS

   Plaintiff(s),

   v.

KLOOS et al

   Defendant(s).

Civil Action No. 24-cv-10430-ES-MAH

**ORDER ON APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐   **GRANTED.** The clerk is ordered to file the complaint.

☐   **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☐   **DENIED**, for the following reasons:

☐   **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$405** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this _____ day of _____, 2024

               _____
               Honorable Esther Salas
               United States District Judge